UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER GENE RUTH, | No. C 09-1861 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. / | |

This action is dismissed without prejudice to petitioner filing a petition in this court after he obtains the necessary order from the appellate court permitting him to file a second or successive petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 5, 2010

_____
SUSAN ILLSTON
United States District Judge